IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Respondent,<br><br>v.<br><br>PHILLIP HUNTER COLLIER,<br><br>Appellant. | No. 79783-2-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — Phillip Collier was convicted of one count of unlawful possession of a controlled substance in violation of RCW 69.50.4013(1). The parties on appeal have filed a joint motion to vacate Collier's conviction in light of the Supreme Court's decision in State v. Blake, __ Wn.2d ___, 481 P.3d 521 (2021) (holding that the drug possession statute is unconstitutional and void). We grant the motion. Therefore, we vacate Collier's conviction and remand for further proceedings.

Vacated and remanded.

FOR THE COURT

_Coburn, J._

_Bowman, J_

_Chun, J._